IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMERICAN HOME ASSURANCE COMPANY,    :
                                                                            :
ACE INA GROUP, and                                              :
                                                                            :
GERLING GLOBAL GENERAL,                              :
a/s/o SUN FINANCIAL ASSURANCE                    :
COMPANY OF CANADA                                         :
                  Plaintiffs                                :
                                                                            :
         v.                                                       :        CIVIL ACTION NO. *03-CV-12479-NG*
                                                                            :
TOWN OF WELLESLEY                                       :
WELLESLEY MUNICIPAL LIGHT PLANT       :
                                                                            :
             Defendant                                :        **JURY TRIAL DEMANDED**
                                                                            :

**STIPULATION OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)**

      Upon representation of the plaintiffs, the above-captioned matter has been settled. This

action having been commenced via a Complaint filed on December 9, 2003 and the defendants

not having entered an appearance, it is the Order of the Court that the plaintiffs' claims be

dismissed against Defendants, Town of Wellesley, Wellesley Municipal Light Plant, without

prejudice.

      IT IS SO ORDERED.

                        BY THE COURT:


_____
                                      J.

Approved by:

_LAWRENCE F. WALKER, ESQUIRE_
LAWRENCE F. WALKER, ESQUIRE
Attorney for Plaintiffs

PHILA1\2004226\1 126504.000